NO. 07-97-0495-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 8, 1999
_____

LEE LEWIS CONSTRUCTION, INC.,

Appellant

v.

NORMA HARRISON, INDIVIDUALLY and as next friend of
SUMER DAWN HARRISON AND JIMMY THOR HARRISON,
and MAY and SELLIE HARRISON,

Appellees
_____

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 91-534,715; HON. JOHN R. McFALL, PRESIDING
_____

***OPINION ON REMITTITUR***
_____

Before Boyd, C.J., Quinn, and Reavis, JJ.

On June 29, 1999, this court issued its opinion and rendered judgment in this cause. Among other things, we suggested that the damages awarded to Jimmy Harrison for pain, suffering, and mental anguish be remitted by $450,000. Norma Harrison, individually and as next friend of Sumer Dawn Harrison and Jimmy Thor Harrison, Sellie

E. Harrison, and May Harrison have accepted the suggestion and remitted $450,000 of the $500,000 award. Consequently, the portion of the trial court judgment: 1) awarding Jimmy Harrison $500,000 for pain, suffering, and mental anguish is reformed to $50,000; 2) calculating "Net Compensatory Damages" is reformed to $3,960,000; 3) calculating "Pre-judgment Interest" is reformed to $3,157,743.70; 4) calculating "Total Compensatory Damages with Pre-judgment Interest" is reformed to $7,111,627.20; and 4) awarding Norma Harrison, individually and as next friend of Sumer Dawn Harrison and Jimmy Thor Harrison, and May and Sellie Harrison "actual damages, including pre-judgment interest" against Lee Lewis Construction, Inc. is reformed to $7,111,627.20. As reformed, the judgment of the trial court is affirmed.


Brian Quinn
Justice


Publish.

2